

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2017

No. 04-17-00107-CV

**ZRS SAROSH MANAGEMENT, LLC** dba A-Z Food Mart,
Appellants

v.

**EAST CENTRAL INDEPENDENT SCHOOL DISTRICT** and Roderick Sanchez,
Development Director of the City of San Antonio, in His Official Capacity,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI16430
Honorable David A. Canales, Judge Presiding

## O R D E R

The clerk's record was due on July 31, 2017. The district clerk has filed a notification of late record stating that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

Accordingly, it is ORDERED that appellant provide written proof to this court **within ten days** of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal may be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk